# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-6135 JFW (Cwx) | Date | July 14, 2008 |
|---|---|---|---|
| Title | Donald R. Hogan v. Phoeniz Books and Audio, Inc., et al. | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**      Defendants' Ex Parte Application for Protective Order on Plaintiff's Notice of Taking Deposition of Donna Hogan and Persons Most Knowledgeable at Phoenix Books and Audio, Inc.; and Protective Order Related to All Discovery [Dkt. No. 33]

Defendants' application is **GRANTED IN PART AND DENIED IN PART** as follows:

(1)   The deposition of Defendant Donna Hogan is to be conducted in the district where she resides, unless otherwise agreed by the parties.

(2)   Category 3 of Plaintiff's Rule 30(b)(6) deposition notice to Defendant Phoenix Books and Audio, Inc. identifies the subject of matter for examination with reasonable particularity.  No amendment is ordered.

(3)   The court adopts an interim protective order procedure for purposes of facilitating discovery in light of Defendants' showing that material which may warrant protection under F.R.Civ.P. 26 will be the subject of discovery.

(A)  At the time of production or testimony, defendant may designate as confidential documents or information defined as "Designated Materials" in ¶¶ 1e - 1i in Defendants' proposed protective order. See Declaration of Kanika D. Corley [Dkt. No. 36], Ex. A.  For a period of twenty days following such a designation, the materials are to be disclosed only to the categories of persons, and subject to the limitations, set out in ¶ 5a of Defendants' proposed protective order.

(B)  If Plaintiff objects in writing to the designation of particular materials within five days, the parties are to meet and confer; if no agreement is reached, within the twenty day period, Defendant may bring a noticed motion to extend the interim protective order with respect to such materials.  The interim protective order is to continue in effect pending the court's ruling on the motion.  If Plaintiff does not timely object in writing, the limitations on disclosure set out above are to continue through the pendency of the litigation, subject to further court order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6135 JFW (Cwx) | Date | July 14, 2008 |
|----------|----------------------|------|---------------|
| Title | Donald R. Hogan v. Phoeniz Books and Audio, Inc., et al. | | |

        (C) This order is without prejudice to the rights of any party to seek additional protection as to
particular materials upon a showing of good cause, or to seek modification or relief from the protections
afforded as to particular designated materials.

cc:      Counsel of Record

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6135 JFW (Cwx) | Date | July 14, 2008 |
|---|---|---|---|
| Title | Donald R. Hogan v. Phoeniz Books and Audio, Inc., et al. | | |

Initials of Preparer      DT