JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. HOGAN, | CASE NO. CV 07-06135 JFW (CWx) |
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)** |
| vs. | |
| PHOENIX BOOKS AND AUDIO, INC., A California Corporation, DONNA HOGAN, HENRIETTA TIEFENTHALER, AND DOES 1-10, inclusive, | JUDGE: JOHN F. WALTER<br>DEPT: 16 |
| Defendants. | |

AND NOW, upon consideration of the Stipulation of Dismissal Pursuant to F.R.C.P. 41(a)(1), and good cause appearing, it is hereby ORDERED that this case shall be dismissed, with prejudice. Each party to bear its owns costs and attorneys fees.

Dated: September 25, 2008

_____
Honorable John F. Walter
United States District Court Judge